UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARTIN JOHNSON,

                    Plaintiff,

vs.                                         Case No.   2:04-cv-343-FtM-33SPC

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

_____

ORDER

This matter is before the Court on consideration of United
States Magistrate Judge Sheri Polster Chappell's Report and
Recommendation (Doc. #13), filed on May 12, 2005, recommending that
the decision of the Administrative Law Judge be affirmed.   The
Plaintiff filed Plaintiff's Objections to the Report and
Recommendation of the Magistrate Judge on May 19, 2005.   (Doc. #14)

After conducting a careful and complete review of the findings
and recommendations, a district judge may accept, reject or modify
the magistrate judge's report and recommendation.   28 U.S.C. §
636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982),
cert. denied, 459 U.S. 1112 (1983).   In the absence of specific
objections, there is no requirement that a district judge review
factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9
(11th Cir. 1993), and the court may accept, reject or modify, in
whole or in part, the findings and recommendations.   28 U.S.C. §
636(b)(1)(C).   The district judge reviews legal conclusions de

novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of United States Magistrate Judge Sheri Polster Chappell.

Accordingly, it is now

**ORDERED, ADJUDGED, and DECREED:**

The Report and Recommendation is hereby **accepted** and **adopted.**

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 31st day of May, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record