UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARTIN JOHNSON,

          Plaintiff,

vs.                             Case No.   2:04-cv-343-FtM-33SPC

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

_____

## AMENDED ORDER

This matter is before the Court on consideration of United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #13), filed on May 12, 2005, recommending that the decision of the Administrative Law Judge (ALJ) be affirmed. The Plaintiff filed Plaintiff's Objections to the Report and Recommendation of the Magistrate Judge on May 19, 2005. (Doc. #14)

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall make a de novo determination of those portion of the report or specified proposed findings or recommendations to which objection is made" 28 U.S.C. § 636(b)(1)(c). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. by Ernest S. v.

State Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990) (quoting H.R. 1609, 94th Cong., § 2 (1976)).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

In Plaintiff's Objections to the Report and Recommendation of the Magistrate Judge (Doc. #14), the Plaintiff claims that the Magistrate Judge erroneously recommended affirming the ALJ's Decision.  Plaintiff argues that the ALJ failed to recognize caselaw from the Eleventh Circuit Court of Appeals, which states that pain can be recognized even if there is no objective evidence tending to prove pain.

In the Report and Recommendation (Doc. #13), the Magistrate Judge recognized that the ALJ applied the three-part test for determining pain.  However, the ALJ articulated numerous reasons to support her determination that the allegations by Plaintiff were not credible.  The Magistrate Judge relied on the Eleventh Circuit Court of Appeals holdings in Hale and MacGregor, and found that "a reviewing court will not disturb a clearly articulated credibility finding with substantial supporting evidence in the record." (Doc. #13); See Hale v. Bowen, 831 F.2d 1007, 1012 (11th Cir. 1987); see also MacGregor v. Bowen, 786 F.2d 1050, 1054 (11th

Cir. 1986). This Court agrees that the ALJ made a finding that the Plaintiff's claims were not credible and provided ample evidence from the record to support his conclusion.

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of United States Magistrate Judge Sheri Polster Chappell.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1.    United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #13) is hereby **ACCEPTED** and **ADOPTED.**

2.    The Decision of the Administrative Law Judge is hereby **AFFIRMED.**

3.    The Clerk is directed to enter judgment accordingly and close the file.  The Clerk is further directed to terminate all previously scheduled deadlines and pending motions.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 29th day of June, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record